IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HUMMER, | No. CIV S-10-1690-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| EMC MORTGAGE CORPORATION, et al., | |
| Defendants. | |

Plaintiff, proceeding in this action in propria persona, bring this civil action pursuant to the Real Estate Settlement Procedures Act, 12 U.S.C. § 2603, *et seq.*, and the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*

This matter is set for an initial scheduling conference on January 28, 2011, before the undersigned in Redding, California. Also pending before the court is Defendants' motion to dismiss. The court finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has been resolved. Once the motion has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

1

1 Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for
2 January 28, 2011, is vacated, to be reset following final resolution of the pending motion to
3 dismiss, if appropriate.

DATED: January 7, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE